RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
#### Chapter 13 Case # 18-26385

| | | |
|---|---|---|
| Re: | MERCEDES HURTADO | Atty: RUSSELL L LOW ESQ |
| | 76 SOUTH PARKWAY, APT.1 | LOW & LOW ESQS |
| | CLIFTON, NJ  07014 | 505 MAIN STREET, SUITE 304 |
| | | HACKENSACK, NJ  07601 |

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $18,000.00**

## RECEIPTS AS OF 12/31/2018     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/10/2018 | $300.00 | 25085885321 | 10/16/2018 | $300.00 | 25085894760 |
| 11/06/2018 | $300.00 | 25085899776 | 12/11/2018 | $300.00 | 25513583883 |

**Total Receipts: $1,200.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $1,200.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018     (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 77.40 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,000.00 | 100.00% | 1,139.70 | 2,860.30 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | DEPARTMENT STORE NATIONAL BANK | UNSECURED | 1,769.33 | * | 0.00 | |
| 0003 | ANNIE SEZ | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | CAPITAL ONE BANK | UNSECURED | 1,274.13 | * | 0.00 | |
| 0005 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | CHASE-PIER1 | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | CITIBANK NA | UNSECURED | 5,328.12 | * | 0.00 | |
| 0009 | CITI | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | COMENITY BANK/EXPRESS | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | COMENITY BANK/FORTUNOF | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | COMENITY BANK/PIER 1 | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | COMENITYBANK/NY&CO | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | COMENITYBANK/VICTORIA | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | CREDIT FIRST, N.A. | UNSECURED | 642.93 | * | 0.00 | |
| 0016 | LVNV FUNDING LLC | UNSECURED | 1,200.07 | * | 0.00 | |
| 0017 | DITECH FINANCIAL LLC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0018 | DEPARTMENT STORE NATIONAL BANK | UNSECURED | 1,017.12 | * | 0.00 | |
| 0019 | DEPARTMENT STORE NATIONAL BANK | UNSECURED | 352.16 | * | 0.00 | |
| 0020 | FIRST PREMIER BANK | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 18-26385**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|:---:|---:|---|
| 0021 | HY CITE/ROYAL PRESTIGE | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | MANDEES | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | MERRICK BANK CORP | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | ONLINE COLLECTIONS | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | SANTANDER CONSUMER USA INC. | VEHICLE SECURE | 1,048.05 | 100.00% | 0.00 | |
| 0026 | SEARS/CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | SYNCB/CARE CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | SYNCB/GAP | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | SYNCB/JCP | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | SYNCB/PC RICHARD | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | SYNCB/SLEEPYS | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | SYNCB/TJX COS | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | SYNCB/TOYSRUS | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | SYNCB/WALMART | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | TRIBUTE/ATLANTICUS | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | WELLS FARGO/MARQUIS CA | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | WF CRD SVC | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | WFFNATLBNK | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | THE BANK OF NEW YORK MELLON | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0042 | AMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | DEPARTMENT STORE NATIONAL BANK | UNSECURED | 902.06 | * | 0.00 | |
| 0044 | CAPITAL ONE BANK | UNSECURED | 623.30 | * | 0.00 | |
| 0045 | LVNV FUNDING LLC | UNSECURED | 690.77 | * | 0.00 | |
| 0046 | ONLINE COLLECTIONS | UNSECURED | 0.00 | * | 0.00 | |
| 0047 | SANTANDER CONSUMER USA | UNSECURED | 0.00 | * | 0.00 | |
| 0048 | SYNCB/GAP | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | SYNCB/JCP | UNSECURED | 0.00 | * | 0.00 | |
| 0050 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 116.29 | * | 0.00 | |

**Total Paid: $1,217.10**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $1,200.00     -     Paid to Claims: $0.00     -     Admin Costs Paid: $1,217.10     =     Funds on Hand: $282.90

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.