```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Low and Low, L.L.C.
505 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 343-4040
Russell L. Low, Esq. No. 4745
Attorney for the Debtor
```

| In Re: | | |
|---|---|---|
| Mercedes Hurtado | Case No.: | 18-26385 |
| | Chapter: | 13 |
| | Adv. No.: | |
| | Hearing Date: | |
| | Judge: | |

## CERTIFICATION OF SERVICE

1. I, _____Russell L. Low_____ :

   ☑ represent the _____debtor_____ in the above-captioned matter.

   ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On _____July 8, 2019_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Notice of Chapter 13 Bankruptcy

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: July 8, 2019                        /s/ Russell L. Low
                                           Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Ronald Fava<br>Attorney at Law<br>155 Willowbrook Boulevard<br>Suite 350<br>Wayne, NJ 07470 | | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| | | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| | | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| | | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |