Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−26385−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Mercedes Hurtado
76 South Parkway, Apt.1
Clifton, NJ 07014

Social Security No.:
xxx−xx−8030

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/19/19 at 10:00 AM

to consider and act upon the following:

*47* − Application for Early Termination of Loss Mitigation Period. Filed by Nicholas V. Rogers on behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2007−17CB). Objection deadline is 11/20/2019. (Attachments: # 1 Certificate of Service # 2 Proposed Order) (Rogers, Nicholas)

*48* − Objection to (related document:47 Application for Early Termination of Loss Mitigation Period. Filed by Nicholas V. Rogers on behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2007−17CB). Objection deadline is 11/20/2019. (Attachments: # 1 Certificate of Service # 2 Proposed Order) filed by Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2007−17CB)) filed by Russell L. Low on behalf of Mercedes Hurtado. (Low, Russell)

Dated: 11/21/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court