UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

814830
**Phelan Hallinan Diamond & Jones, PC**
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
**Attorneys for The Bank Of New York Mellon fka The Bank Of New York, As Trustee (CWALT 2007-17CB)**

In Re:

Mercedes Hurtado

Case No: 18-26385 - VFP

Hearing Date: 12/19/2019

Judge: Vincent F. Papalia

Chapter: 13

## CERTIFICATION OF SERVICE

1. I, Boris Zavertailo:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents The Bank Of New York Mellon fka The Bank Of New York, As Trustee (CWALT 2007-17CB) in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On January 31, 2020 I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Order Resolving Objection to Application for Early Termination of Loss Mitigation Period.**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: January 31, 2020         /s/ *Boris Zavertailo*
                                Boris Zavertailo

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Mercedes Hurtado<br>76 South Parkway,<br>Clifton, NJ 07014-1412 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Russell L. Low, Esquire<br>505 Main Street<br>Suite 304<br>Hackensack, NJ 07601 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Marie-Ann Greenberg, Trustee<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.