| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>814830<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2007-17CB) | |
| In Re:<br><br>MERCEDES HURTADO | Case No: 18-26385 - VFP<br><br>Hearing Date:<br><br>Judge: Vincent F. Papalia<br><br>Chapter: 13 |

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter:  Please withdraw the Notice of Appearance (docket #43) filed on 09/12/2019.

Date:  02/10/2020            /s/ Robert J. Davidow
                             Signature

*rev.8/1/15*