**B 2100A (Form 2100A) (12/15)**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re: MERCEDES HURTADO                                  Case No. 18-26385

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-17CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-17CBc/o Shellpoint Mortgage Servicing | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-17CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-17CB C/O BAYVIEW LOAN SERVICNG, LLC |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent:
NewRez LLC DBA Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826
Phone: (800)365-7107
E-mail: mtgbk@shellpointmtg.com
Last Four Digits of Acct #: 1483

Court Claim # (if known): 14-1
Amount of Claim: $640,556.66
Date Claim Filed: 10/24/2018

Phone: 1-855-813-6597
Last Four Digits of Acct. #: 0191

Name and Address where transferee payments
should be sent (if different from above):
NewRez LLC DBA Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826
Phone: (800)365-7107
E-mail: mtgbk@shellpointmtg.com
Last Four Digits of Acct #: 1483

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Arvind Nath Rawal
    AIS Portfolio Services, LP as agent                Date 02/27/2020
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.