UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Low & Low LLC
505 Main Street Suite 304
Hackensack NJ 07601
Telephone 201-343-4040
Russell L Low Esq No 4745
Attorney for the Debtor

In Re:
Mercedes Hurtado

Order Filed on April 7, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-26385

Chapter: 13

Judge: VFP

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 7, 2020**

**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____March 9, 2020_____:

Property: _____76 South Parkway Clifton NJ 07014_____

Creditor: _____New Rez/Shellpoint_____

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by _____Russell L. Low_____, and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including _____July 9, 2020_____.

☐ The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2