| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**HILL WALLACK LLP**<br>Elizabeth K. Holdren, Esq.<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>Phone: 609-924-0808<br>Email: eholdren@hillwallack.com<br>*Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2007-17CB Mortgage Pass-Through Certificates, Series 2007-17CB* | |
| In Re:<br><br>Mercedes Hurtado,<br><br>     Debtor. | Case No.: 18-26385 (VFP)<br><br>Chapter: 13<br><br>Judge: Vincent F. Papalia, U.S.B.J. |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2007-17CB Mortgage Pass-Through Certificates, Series 2007-17CB. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

  ADDRESS:  Elizabeth K. Holdren, Esq.
         Hill Wallack, LLP
         21 Roszel Road
         P.O. Box 5226
         Princeton, NJ 08543

  DOCUMENTS:

    ☑ All notices entered pursuant to Fed. R. Bankr. P. 2002.

    ☑ All documents and pleadings of any nature.

DATED: May 13, 2020        HILL WALLACK, LLP

                By: */s/ Elizabeth K. Holdren*
                  Elizabeth K. Holdren