Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.:  18−26385−VFP
                              Chapter:  13
                              Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mercedes Hurtado
   76 South Parkway, Apt.1
   Clifton, NJ 07014

Social Security No.:
   xxx−xx−8030

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on October 23, 2018.

   On 7/2/2020 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                August 6, 2020
Time:              08:30 AM
Location:        Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: July 6, 2020
JAN: smz

                                                                                                Jeanne Naughton
                                                                                                Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                     Case No. 18-26385-VFP
Mercedes Hurtado                                           Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 3          Date Rcvd: Jul 06, 2020
                              Form ID: 185             Total Noticed: 58


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2020.
db             +Mercedes Hurtado,    76 South Parkway, Apt.1,    Clifton, NJ 07014-1412
cr             +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    Phelan Hallinan & Schmieg, PC,
                 1617 JFK Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814
517703426      +AMEX,    P.O. BOX 981537,    EL PASO, TX 79998-1537
517703428      +AMEX DSNB,    PO BOX 8218,    MASON, OH 45040-8218
517703434      +CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
517703436      +CITI,    PO BOX 6190,    SIOUX FALLS, SD 57117-6190
517703437      +CITI,    PO BOX 6241,    SIOUX FALLS, SD 57117-6241
517703443      +CREDIT FIRST N A,    6275 EASTLAND RD,    BROOKPARK, OH 44142-1399
517832479      +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
517781192       Credit First NA,    PO Box 818011,    Cleveland, OH 44181-8011
517703446     ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
                 (address filed with court: DITECH FINANCIAL LLC,     332 MINNESOTA ST STE 610,
                 SAINT PAUL, MN 55101)
517703447      +DSNB BLOOM,    PO BOX 8218,    MASON, OH 45040-8218
517703448      +DSNB MACYS,    PO BOX 8218,    MASON, OH 45040-8218
517833110       Ditech Financial LLC,    P.O. Box 6154,    Rapid City, SD 57709-6154
517703449      +FIRST PREMIER BANK,    601 S MINNESOTA AVE,    SIOUX FALLS, SD 57104-4868
517703450      +HY CITE/ROYAL PRESTIGE,    333 HOLTZMAN RD,    MADISON, WI 53713-2109
518336086      +LoanCare, LLC,    P.O. Box 8068,    Virginia Beach VA 23450-8068
518336087      +LoanCare, LLC,    P.O. Box 8068,    Virginia Beach VA 23450,    LoanCare, LLC,    P.O. Box 8068,
                 Virginia Beach VA 23450-8068
518336761      +Ronald Fava,    Attorney at Law,    155 Willowbrook Boulevard,    Suite 350,
                 Wayne, NJ 07470-7033
517703455      +SANTANDER CONSUMER USA,    PO BOX 961245,    FT WORTH, TX 76161-0244
517703457      +SEARS/CBNA,    PO BOX 6282,    SIOUX FALLS, SD 57117-6282
517752606       Santander Consumer USA,    P.O. Box 560284,    Dallas, TX 75356-0284
517723289      +THE BANK OF NEW YORK MELLON,    c/o Jenelle C. Arnold,    ALDRIDGE PITE, LLP,
                 4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
518733742       THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    P.O. Box 10826,
                 Greenville, SC 29603-0826
518733743       THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    P.O. Box 10826,
                 Greenville, SC 29603-0826,    THE BANK OF NEW YORK MELLON FKA THE BANK,    P.O. Box 10826,
                 Greenville, SC 29603-0826
517703468      +TRIBUTE/ATLANTICUS,    POB 105555,    ATLANTA, GA 30348-5555
517703469      +WELLS FARGO/MARQUIS CA,    PO BOX 94498,    LAS VEGAS, NV 89193-4498
517703470      +WF CRD SVC,    3201 N 4TH AVE,    SIOUX FALLS, SD 57104-0700
517703471      +WFFNATLBNK,    PO BOX 94498,    LAS VEGAS, NV 89193-4498

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 07 2020 00:32:47      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 07 2020 00:32:45      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517703430      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 07 2020 00:32:18      ANNIE SEZ,
                 401 HACKENSACK AVE,    HACKENSACK, NJ 07601-6411
517820315       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 07 2020 00:37:23
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
517703433      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 07 2020 00:37:12      CAPITAL ONE,
                 PO BOX 30253,    SALT LAKE CITY, UT 84130-0253
517703431       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 07 2020 00:37:48      CAPITAL ONE,
                 15000 CAPITAL ONE DR,    RICHMOND, VA 23238
517703438      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 07 2020 00:32:17      COMENITY BANK/EXPRESS,
                 PO BOX 182789,    COLUMBUS, OH 43218-2789
517703439      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 07 2020 00:32:17      COMENITY BANK/FORTUNOF,
                 PO BOX 182789,    COLUMBUS, OH 43218-2789
517703440      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 07 2020 00:32:17      COMENITY BANK/PIER 1,
                 PO BOX 182789,    COLUMBUS, OH 43218-2789
517703441      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 07 2020 00:32:17      COMENITYBANK/NY&CO,
                 PO BOX 182789,    COLUMBUS, OH 43218-2789
517703442      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 07 2020 00:32:17      COMENITYBANK/VICTORIA,
                 PO BOX 182789,    COLUMBUS, OH 43218-2789
517703444      +E-mail/PDF: creditonebknotifications@resurgent.com Jul 07 2020 00:37:16      CREDIT ONE BANK NA,
                 PO BOX 98872,    LAS VEGAS, NV 89193-8872
517773255       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 07 2020 00:51:15
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
517832353       E-mail/Text: bnc-quantum@quantum3group.com Jul 07 2020 00:32:34
                 Department Stores National Bank,    c/o Quantum3 Group LLC,   PO Box 657,
                 Kirkland, WA 98083-0657
518699721      +E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 07 2020 00:32:00      Department of Treasury,
                 Internal Revenue Service,    P O Box 7346,    Philadelphia, PA 19101-7346
```

```
District/off: 0312-2          User: admin              Page 2 of 3                  Date Rcvd: Jul 06, 2020
                              Form ID: 185             Total Noticed: 58


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517703435         E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 07 2020 00:38:30      CHASE-PIER1,
                 PO BOX 15298,    WILMINGTON, DE 19850
517777095         E-mail/PDF: resurgentbknotifications@resurgent.com Jul 07 2020 00:38:46
                 LVNV Funding, LLC its successors and assigns as,   assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517703451        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 07 2020 00:32:18        MANDEES,
                 401 HACKENSACK AVE,    HACKENSACK, NJ 07601-6411
517703452        +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 07 2020 00:38:23        MERRICK BANK CORP,
                 POB 9201,    OLD BETHPAGE, NY 11804-9001
517703453        +E-mail/Text: bankruptcy@onlineis.com Jul 07 2020 00:33:17        ONLINE COLLECTIONS,   POB 1489,
                 WINTERVILLE, NC 28590-1489
517703458        +E-mail/PDF: gecsedi@recoverycorp.com Jul 07 2020 00:37:36        SYNCB/CARE CREDIT,
                 C/O PO BOX 965036,    ORLANDO, FL 32896-0001
517703459        +E-mail/PDF: gecsedi@recoverycorp.com Jul 07 2020 00:37:36        SYNCB/GAP,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
517703461        +E-mail/PDF: gecsedi@recoverycorp.com Jul 07 2020 00:37:36        SYNCB/JCP,    PO BOX 965007,
                 ORLANDO, FL 32896-5007
517703463        +E-mail/PDF: gecsedi@recoverycorp.com Jul 07 2020 00:37:36        SYNCB/PC RICHARD,    PO BOX 965036,
                 ORLANDO, FL 32896-5036
517703464        +E-mail/PDF: gecsedi@recoverycorp.com Jul 07 2020 00:37:37        SYNCB/SLEEPYS,    PO BOX 965036,
                 ORLANDO, FL 32896-5036
517703465        +E-mail/PDF: gecsedi@recoverycorp.com Jul 07 2020 00:37:37        SYNCB/TJX COS,    PO BOX 965015,
                 ORLANDO, FL 32896-5015
517703466        +E-mail/PDF: gecsedi@recoverycorp.com Jul 07 2020 00:37:36        SYNCB/TOYSRUS,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
517703467        +E-mail/PDF: gecsedi@recoverycorp.com Jul 07 2020 00:37:37        SYNCB/WALMART,    PO BOX 965024,
                 ORLANDO, FL 32896-5024
517833111        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 07 2020 00:33:15
                 THE BANK OF NEW YORK MELLON,    c/o Bayview Loan Servicing, LLC,
                 4425 Ponce De Leon Blvd., 5th Floor,    Coral Gables, FL 33146-1837
                                                                                                TOTAL: 29

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517703427*       +AMEX,    P.O. BOX 981537,    EL PASO, TX 79998-1537
517703429*       +AMEX DSNB,    PO BOX 8218,    MASON, OH 45040-8218
517703432*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court:   CAPITAL ONE,    15000 CAPITAL ONE DR,    RICHMOND, VA 23238)
517703445*       +CREDIT ONE BANK NA,    PO BOX 98872,    LAS VEGAS, NV 89193-8872
517703454*       +ONLINE COLLECTIONS,    POB 1489,    WINTERVILLE, NC 28590-1489
517703456*       +SANTANDER CONSUMER USA,    PO BOX 961245,    FT WORTH, TX 76161-0244
517703460*       +SYNCB/GAP,    PO BOX 965005,    ORLANDO, FL 32896-5005
517703462*       +SYNCB/JCP,    PO BOX 965007,    ORLANDO, FL 32896-5007
                                                                                  TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2020 at the address(es) listed below:
             Denise E. Carlon    on behalf of Creditor    LoanCare, LLC dcarlon@kmllawgroup.com,
              bkgroup@kmllawgroup.com
             Denise E. Carlon    on behalf of Creditor    Loan Care Servicing Center, Inc.
              dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
```

```
District/off: 0312-2          User: admin              Page 3 of 3              Date Rcvd: Jul 06, 2020
                              Form ID: 185             Total Noticed: 58
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Elizabeth K. Holdren    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007- eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com

        Marie-Ann Greenberg    magecf@magtrustee.com

        Nicholas V. Rogers    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2007-17CB) nj.bkecf@fedphe.com

        Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial, LLC. rsolarz@kmllawgroup.com

        Rebecca Ann Solarz    on behalf of Creditor    Loan Care Servicing Center, Inc. rsolarz@kmllawgroup.com

        Russell L. Low    on behalf of Debtor Mercedes  Hurtado ecf@lowbankruptcy.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com

        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                    TOTAL: 9