| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Marie-Ann Greenberg, MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | <br>Order Filed on November 20, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>   MERCEDES HURTADO | Case No.:  18-26385 VFP<br><br>Hearing Date:  11/19/2020 |

### INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: November 20, 2020**

                                                                  **Honorable Vincent F. Papalia**
                                                                  **United States Bankruptcy Judge**

Debtor(s): MERCEDES HURTADO

Case No.: 18-26385

Caption of Order: INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

---

THIS MATTER having come before the Court on 11/19/2020 on notice to RUSSELL L LOW ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay $300.00 to the Trustee's office by 12/17/2020 or the case will be dismissed at the hearing on 12/17/2020; and it is further

- ORDERED, that if satisfied, the Motion will be adjourned to 12/17/2020 at 10:00 AM.