**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on November 20, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

   MERCEDES HURTADO

Case No.:  18-26385 VFP

Hearing Date:  11/19/2020

# INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: November 20, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s): MERCEDES HURTADO

Case No.: 18-26385

Caption of Order: INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

THIS MATTER having come before the Court on 11/19/2020 on notice to RUSSELL L LOW ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay $300.00 to the Trustee's office by 12/17/2020 or the case will be dismissed at the hearing on 12/17/2020; and it is further

- ORDERED, that if satisfied, the Motion will be adjourned to 12/17/2020 at 10:00 AM.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-26385-VFP

Mercedes Hurtado  Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 2
Date Rcvd: Nov 20, 2020  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2020:**

**Recip ID**    **Recipient Name and Address**
db    + Mercedes Hurtado, 76 South Parkway, Apt.1, Clifton, NJ 07014-1412

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2020    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2020 at the address(es) listed below:**

**Name**    **Email Address**

Angela Catherine Pattison
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of CWALT Inc., Alternative Loan Trust 2007- apattison@hillwallack.com, hwbknj@hillwallack.com

Denise E. Carlon
    on behalf of Creditor LoanCare LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor Loan Care Servicing Center Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth K. Holdren
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of CWALT Inc., Alternative Loan Trust 2007- eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com

Lauren Moyer

on behalf of Creditor Loan Care Servicing Center Inc. lmoyer@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Marie-Ann Greenberg

magecf@magtrustee.com

Nicholas V. Rogers

on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE (CWALT 2007-17CB) nj.bkecf@fedphe.com

Rebecca Ann Solarz

on behalf of Creditor Loan Care Servicing Center Inc. rsolarz@kmllawgroup.com

Rebecca Ann Solarz

on behalf of Creditor Ditech Financial LLC. rsolarz@kmllawgroup.com

Russell L. Low

on behalf of Debtor Mercedes Hurtado ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11