Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  18−26385−VFP
                        Chapter:  13
                        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mercedes Hurtado
   76 South Parkway, Apt.1
   Clifton, NJ 07014

Social Security No.:
   xxx−xx−8030

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/23/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 23, 2020
JAN: jf

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 18-26385-VFP

Mercedes Hurtado                                                                         Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Dec 23, 2020 | Form ID: 148 | Total Noticed: 58 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mercedes Hurtado, 76 South Parkway, Apt.1, Clifton, NJ 07014-1412 |
| cr | + | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 517703428 | + | AMEX DSNB, PO BOX 8218, MASON, OH 45040-8218 |
| 517703446 | + | DITECH FINANCIAL LLC, 332 MINNESOTA ST STE 610, SAINT PAUL, MN 55101-1314 |
| 517833110 | | Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 517703450 | + | HY CITE/ROYAL PRESTIGE, 333 HOLTZMAN RD, MADISON, WI 53713-2109 |
| 518336086 | + | LoanCare, LLC, P.O. Box 8068, Virginia Beach VA 23450-8068 |
| 518336087 | + | LoanCare, LLC, P.O. Box 8068, Virginia Beach VA 23450, LoanCare, LLC, P.O. Box 8068 Virginia Beach VA 23450-8068 |
| 518336761 | + | Ronald Fava, Attorney at Law, 155 Willowbrook Boulevard, Suite 350, Wayne, NJ 07470-7033 |
| 517723289 | + | THE BANK OF NEW YORK MELLON, c/o Jenelle C. Arnold, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933 San Diego, CA 92177-7921 |
| 518733742 | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518733743 | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826, THE BANK OF NEW YORK MELLON FKA THE BANK, P.O. Box 10826 Greenville, SC 29603-0826 |
| 517703468 | + | TRIBUTE/ATLANTICUS, POB 105555, ATLANTA, GA 30348-5555 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 23 2020 21:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 23 2020 21:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517703426 | + | EDI: AMEREXPR.COM | Dec 24 2020 01:58:00 | AMEX, P.O. BOX 981537, EL PASO, TX 79998-1537 |
| 517703430 | + | EDI: WFNNB.COM | Dec 24 2020 02:03:00 | ANNIE SEZ, 401 HACKENSACK AVE, HACKENSACK, NJ 07601-6411 |
| 517820315 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 23 2020 21:41:39 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517703433 | + | EDI: CAPITALONE.COM | Dec 24 2020 01:58:00 | CAPITAL ONE, PO BOX 30253, SALT LAKE CITY, UT 84130-0253 |
| 517703431 | | EDI: CAPITALONE.COM | Dec 24 2020 01:58:00 | CAPITAL ONE, 15000 CAPITAL ONE DR, RICHMOND, VA 23238 |
| 517703434 | + | EDI: CITICORP.COM | Dec 24 2020 01:58:00 | CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 517703437 | + | EDI: CITICORP.COM | Dec 24 2020 01:58:00 | CITI, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |

Case 18-26385-VFP    Doc 94    Filed 12/25/20    Entered 12/26/20 00:19:28    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 23, 2020 | Form ID: 148 | Total Noticed: 58 |

| | | | | |
|---|---|---|---|---|
| 517703436 | + | EDI: CITICORP.COM | Dec 24 2020 01:58:00 | CITI, PO BOX 6190, SIOUX FALLS, SD 57117-6190 |
| 517703438 | + | EDI: WFNNB.COM | Dec 24 2020 02:03:00 | COMENITY BANK/EXPRESS, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 517703439 | + | EDI: WFNNB.COM | Dec 24 2020 02:03:00 | COMENITY BANK/FORTUNOF, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 517703440 | + | EDI: WFNNB.COM | Dec 24 2020 02:03:00 | COMENITY BANK/PIER 1, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 517703441 | + | EDI: WFNNB.COM | Dec 24 2020 02:03:00 | COMENITYBANK/NY&CO, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 517703442 | + | EDI: WFNNB.COM | Dec 24 2020 02:03:00 | COMENITYBANK/VICTORIA, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 517703443 | + | EDI: CRFRSTNA.COM | Dec 24 2020 01:58:00 | CREDIT FIRST N A, 6275 EASTLAND RD, BROOKPARK, OH 44142-1399 |
| 517703444 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 23 2020 21:41:21 | CREDIT ONE BANK NA, PO BOX 98872, LAS VEGAS, NV 89193-8872 |
| 517773255 | | EDI: CAPITALONE.COM | Dec 24 2020 01:58:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517832479 | + | EDI: CITICORP.COM | Dec 24 2020 01:58:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 517781192 | | EDI: CRFRSTNA.COM | Dec 24 2020 01:58:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 517703447 | | EDI: CITICORP.COM | Dec 24 2020 01:58:00 | DSNB BLOOM, PO BOX 8218, MASON, OH 45040 |
| 517703448 | | EDI: CITICORP.COM | Dec 24 2020 01:58:00 | DSNB MACYS, PO BOX 8218, MASON, OH 45040 |
| 517832353 | | EDI: Q3G.COM | Dec 24 2020 02:03:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518699721 | + | EDI: IRS.COM | Dec 24 2020 01:58:00 | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 517703449 | + | EDI: AMINFOFP.COM | Dec 24 2020 02:03:00 | FIRST PREMIER BANK, 601 S MINNESOTA AVE, SIOUX FALLS, SD 57104-4868 |
| 517703435 | | EDI: JPMORGANCHASE | Dec 24 2020 01:58:00 | CHASE-PIER1, PO BOX 15298, WILMINGTON, DE 19850 |
| 517777095 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 23 2020 21:41:39 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517703451 | + | EDI: WFNNB.COM | Dec 24 2020 02:03:00 | MANDEES, 401 HACKENSACK AVE, HACKENSACK, NJ 07601-6411 |
| 517703452 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 23 2020 21:43:38 | MERRICK BANK CORP, POB 9201, OLD BETHPAGE, NY 11804-9001 |
| 517703453 | + | Email/Text: bankruptcy@onlineis.com | Dec 23 2020 21:52:00 | ONLINE COLLECTIONS, POB 1489, WINTERVILLE, NC 28590-1489 |
| 517703455 | + | EDI: DRIV.COM | Dec 24 2020 02:03:00 | SANTANDER CONSUMER USA, PO BOX 961245, FT WORTH, TX 76161-0244 |
| 517703457 | + | EDI: CITICORP.COM | Dec 24 2020 01:58:00 | SEARS/CBNA, PO BOX 6282, SIOUX FALLS, SD 57117-6282 |
| 517703458 | + | EDI: RMSC.COM | Dec 24 2020 01:58:00 | SYNCB/CARE CREDIT, C/O PO BOX 965036, ORLANDO, FL 32896-0001 |

Case 18-26385-VFP    Doc 94    Filed 12/25/20    Entered 12/26/20 00:19:28    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 23, 2020 | Form ID: 148 | Total Noticed: 58 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517703459 | + | EDI: RMSC.COM | Dec 24 2020 01:58:00 | SYNCB/GAP, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 517703461 | + | EDI: RMSC.COM | Dec 24 2020 01:58:00 | SYNCB/JCP, PO BOX 965007, ORLANDO, FL 32896-5007 |
| 517703463 | + | EDI: RMSC.COM | Dec 24 2020 01:58:00 | SYNCB/PC RICHARD, PO BOX 965036, ORLANDO, FL 32896-5036 |
| 517703464 | + | EDI: RMSC.COM | Dec 24 2020 01:58:00 | SYNCB/SLEEPYS, PO BOX 965036, ORLANDO, FL 32896-5036 |
| 517703465 | + | EDI: RMSC.COM | Dec 24 2020 01:58:00 | SYNCB/TJX COS, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 517703466 | + | EDI: RMSC.COM | Dec 24 2020 01:58:00 | SYNCB/TOYSRUS, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 517703467 | + | EDI: RMSC.COM | Dec 24 2020 01:58:00 | SYNCB/WALMART, PO BOX 965024, ORLANDO, FL 32896-5024 |
| 517752606 | | EDI: DRIV.COM | Dec 24 2020 02:03:00 | Santander Consumer USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 517833111 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Dec 23 2020 21:52:00 | THE BANK OF NEW YORK MELLON, c/o Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1837 |
| 517703469 | + | EDI: WFFC.COM | Dec 24 2020 02:03:00 | WELLS FARGO/MARQUIS CA, PO BOX 94498, LAS VEGAS, NV 89193-4498 |
| 517703470 | + | EDI: WFFC.COM | Dec 24 2020 02:03:00 | WF CRD SVC, 3201 N 4TH AVE, SIOUX FALLS, SD 57104-0700 |
| 517703471 | + | EDI: WFFC.COM | Dec 24 2020 02:03:00 | WFFNATLBNK, PO BOX 94498, LAS VEGAS, NV 89193-4498 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517703427 | *+ | AMEX, P.O. BOX 981537, EL PASO, TX 79998-1537 |
| 517703429 | *+ | AMEX DSNB, PO BOX 8218, MASON, OH 45040-8218 |
| 517703432 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, CAPITAL ONE, 15000 CAPITAL ONE DR, RICHMOND, VA 23238 |
| 517703445 | *+ | CREDIT ONE BANK NA, PO BOX 98872, LAS VEGAS, NV 89193-8872 |
| 517703454 | *+ | ONLINE COLLECTIONS, POB 1489, WINTERVILLE, NC 28590-1489 |
| 517703456 | *+ | SANTANDER CONSUMER USA, PO BOX 961245, FT WORTH, TX 76161-0244 |
| 517703460 | *+ | SYNCB/GAP, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 517703462 | *+ | SYNCB/JCP, PO BOX 965007, ORLANDO, FL 32896-5007 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Dec 23, 2020 | Form ID: 148 | Total Noticed: 58 |

Date: Dec 25, 2020                Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2020 at the address(es) listed below:**

**Name**      **Email Address**

Angela Catherine Pattison
> on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of CWALT Inc., Alternative Loan Trust 2007- apattison@hillwallack.com, hwbknj@hillwallack.com

Denise E. Carlon
> on behalf of Creditor LoanCare LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
> on behalf of Creditor Loan Care Servicing Center Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth K. Holdren
> on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of CWALT Inc., Alternative Loan Trust 2007- eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com

Lauren Moyer
> on behalf of Creditor Loan Care Servicing Center Inc. lmoyer@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Marie-Ann Greenberg
> magecf@magtrustee.com

Nicholas V. Rogers
> on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE (CWALT 2007-17CB) nj.bkecf@fedphe.com

Rebecca Ann Solarz
> on behalf of Creditor Ditech Financial LLC. rsolarz@kmllawgroup.com

Rebecca Ann Solarz
> on behalf of Creditor Loan Care Servicing Center Inc. rsolarz@kmllawgroup.com

Russell L. Low
> on behalf of Debtor Mercedes Hurtado ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com

U.S. Trustee
> USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11