**RUSSELL L. LOW, ESQ. RLL-4745**
**LOW & LOW, ESQS. 505 Main Street - Suite 304 Hackensack, New Jersey 07601 (201) 343-4040**
**Attorneys for Debtor**



Order Filed on May 23, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | | |
|---|---|---|
| In Re: | : | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Mercedes Hurtado | : | CHAPTER 13 |
| | : | VINCENT F. PAPALIA |
| Debtor(s) | : | CASE NO. 18-26385 |
| | : | HEARING DATE: May 19, 2022 at 10:00 a.m. |

### ORDER REOPENING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 23, 2022**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Upon the motion of <u>Russell L. Low, on behalf of the debtor,</u> <u>Mercedes</u> <u>Hurtado</u>, and due notice having been given, and for good cause shown, it is

ORDERED as follows:

1. The case is reopened
2. A trustee shall not be appointed.
3. The Motion to Shellpoint Mortgage Servicing to immediately stop the foreclosure action and honor the loan modification must be filed and served within 14 days of the reopening of this case.
4. The case shall be reviewed within 90 days for closing eligibility.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.