**RUSSELL L. LOW, ESQ. RLL-4745
LOW & LOW, ESQS. 505 Main
Street - Suite 304 Hackensack, New
Jersey 07601 (201) 343-4040
Attorneys for Debtor**

Order Filed on May 23, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

_____

| | | |
|---|---|---|
| In Re: | : | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Mercedes Hurtado | : | CHAPTER 13 |
| | : | VINCENT F. PAPALIA |
| Debtor(s) | : | CASE NO. 18-26385 |
| | : | HEARING DATE: May 19, 2022 at 10:00 a.m. |

_____

### ORDER REOPENING CASE
_____

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 23, 2022**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the motion of <u>Russell L. Low, on behalf of the debtor,</u> <u>Mercedes</u> <u>Hurtado,</u> and due notice having been given, and for good cause shown, it is

ORDERED as follows:

1. The case is reopened
2. A trustee shall not be appointed.
3. The Motion to Shellpoint Mortgage Servicing to immediately stop the foreclosure action and honor the loan modification must be filed and served within 14 days of the reopening of this case.
4. The case shall be reviewed within 90 days for closing eligibility.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 18-26385-VFP

Mercedes Hurtado     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2

Date Rcvd: May 23, 2022     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Mercedes Hurtado, 76 South Parkway, Apt.1, Clifton, NJ 07014-1412 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela Catherine Pattison | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of CWALT Inc., Alternative Loan Trust 2007- apattison@hillwallack.com, apattison@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor LoanCare LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Loan Care Servicing Center Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of CWALT Inc., Alternative Loan Trust 2007- eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com |
| Lauren Moyer | on behalf of Creditor Loan Care Servicing Center Inc. lmoyer@friedmanvartolo.com, nj-ecfmail@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 23, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Marie-Ann Greenberg
    magecf@magtrustee.com

Nicholas V. Rogers
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE (CWALT 2007-17CB) nj.bkecf@fedphe.com

Rebecca Ann Solarz
    on behalf of Creditor Loan Care Servicing Center Inc. rsolarz@kmllawgroup.com

Rebecca Ann Solarz
    on behalf of Creditor Ditech Financial LLC. rsolarz@kmllawgroup.com

Russell L. Low
    on behalf of Debtor Mercedes Hurtado ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11