UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
RUSSELL L. LOW, ESQ-4745

In re:    Mercedes Hurtado

Case No.: 18-26385

Chapter: 13

Adv. No.:

Hearing Date: 7/7/2022 at 10:00 am

Judge: VFP

## CERTIFICATION OF SERVICE

1. I, __Russell L. Low, Esq.__ :

   ☑ represent __the debtor__ in the this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in the this matter.

   ☐ am the _____ in the this case and am representing myself.

2. On __June 3, 2022__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Motion to Compel Shellpoint Mortgage Servicing to Immediately Stop the Foreclosure Action and Honor the Loan Modification

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: June 3, 2022

/s/ Russell L. Low
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| AMEX<br>P.O. BOX 981537<br>EL PASO, TX 79998 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| AMEX DSNB<br>PO BOX 8218<br>MASON, OH 45040 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| ANNIE SEZ<br>401 HACKENSACK AVE<br>HACKENSACK, NJ 07601 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Bayview Loan Servicing LLC<br>62516 Collection Center Drive<br>Chicago, IL 60693 | Secured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| CAPITAL ONE<br>15000 CAPITAL ONE DR<br>RICHMOND, VA 23238 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| CAPITAL ONE<br>PO BOX 30253<br>SALT LAKE CITY, UT 84130 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____ |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

rev. 8/1/15
Best Case Bankruptcy

| | | |
|---|---|---|
| | | (as authorized by the court *) |
| CBNA<br>PO BOX 6497<br>SIOUX FALLS, SD 57117 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| CHASE-PIER1<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| CITI<br>PO BOX 6190<br>SIOUX FALLS, SD 57117 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| COMENITY BANK/EXPRESS<br>PO BOX 182789<br>COLUMBUS, OH 43218 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| COMENITY BANK/FORTUNOF<br>PO BOX 182789<br>COLUMBUS, OH 43218 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| COMENITY BANK/PIER 1<br>PO BOX 182789<br>COLUMBUS, OH 43218 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| COMENITYBANK/NY&CO<br>PO BOX 182789<br>COLUMBUS, OH 43218 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

*rev. 8/1/15*
Best Case Bankruptcy

| Creditor | Type | Delivery Method |
|---|---|---|
| | | ☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| COMENITYBANK/VICTORIA<br>PO BOX 182789<br>COLUMBUS, OH 43218 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| CREDIT FIRST N A<br>6275 EASTLAND RD<br>BROOKPARK, OH 44142 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| CREDIT ONE BANK NA<br>PO BOX 98872<br>LAS VEGAS, NV 89193 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| DITECH FINANCIAL LLC<br>332 MINNESOTA ST STE 610<br>SAINT PAUL, MN 55101 | Secured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| DSNB BLOOM<br>PO BOX 8218<br>MASON, OH 45040 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| DSNB MACYS<br>PO BOX 8218<br>MASON, OH 45040 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| FIRST PREMIER BANK<br>601 S MINNESOTA AVE<br>SIOUX FALLS, SD 57104 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail |

| | | |
|---|---|---|
| | | ☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| HY CITE/ROYAL PRESTIGE<br>333 HOLTZMAN RD<br>MADISON, WI 53713 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| MANDEES<br>401 HACKENSACK AVE<br>HACKENSACK, NJ 07601 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Mattleman Weinroth & Miller<br>401 Route 70 East, Suite 101<br>Cherry Hill, NJ 08034 | Attorney for Secured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| MERRICK BANK CORP<br>POB 9201<br>OLD BETHPAGE, NY 11804 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| ONLINE COLLECTIONS<br>POB 1489<br>WINTERVILLE, NC 28590 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name/Address | Creditor Type | Service Method |
|---|---|---|
| Ronald Fava<br>Attorney at Law<br>155 Willowbrook Boulevard<br>Suite 350<br>Wayne, NJ 07470 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| SANTANDER CONSUMER USA<br>PO BOX 961245<br>FT WORTH, TX 76161 | Secured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| SEARS/CBNA<br>PO BOX 6282<br>SIOUX FALLS, SD 57117 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| SYNCB/CARE CREDIT<br>C/O PO BOX 965036<br>ORLANDO, FL 32896 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| SYNCB/GAP<br>PO BOX 965005<br>ORLANDO, FL 32896 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| SYNCB/JCP<br>PO BOX 965007<br>ORLANDO, FL 32896 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| SYNCB/PC RICHARD<br>PO BOX 965036<br>ORLANDO, FL 32896 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

rev. 8/1/15
Best Case Bankruptcy

| Creditor | Type | Method |
|---|---|---|
| | | ☐ Other _____<br>(as authorized by the court *) |
| SYNCB/SLEEPYS<br>PO BOX 965036<br>ORLANDO, FL 32896 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| SYNCB/TJX COS<br>PO BOX 965015<br>ORLANDO, FL 32896 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| SYNCB/TOYSRUS<br>PO BOX 965005<br>ORLANDO, FL 32896 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| SYNCB/WALMART<br>PO BOX 965024<br>ORLANDO, FL 32896 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| TRIBUTE/ATLANTICUS<br>POB 105555<br>ATLANTA, GA 30348 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| WELLS FARGO/MARQUIS CA<br>PO BOX 94498<br>LAS VEGAS, NV 89193 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| WF CRD SVC<br>3201 N 4TH AVE<br>SIOUX FALLS, SD 57104 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

rev. 8/1/15
Best Case Bankruptcy

|  |  |  |
|---|---|---|
|  |  | ☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| WFFNATLBNK<br>PO BOX 94498<br>LAS VEGAS, NV 89193 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108 | Attorney for Secured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Hill Wallack LLP<br>21 Roszel Rd<br>Princeton, NJ 08540 | Attorney for Secured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Honorable Vincent F. Papalia<br>50 Walnut Street, 3rd Floor<br>Newark, N.J. 07102<br>Courtroom 3B | Judge | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Road Suite 330<br>Fairfield NJ 07004-1550 | Chapter 13 Standing Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Office of US Trustee<br>One Newark Center Suite 1401<br>Newark NJ 07102 | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Mercedes Hurtado | Debtor | ☐ Hand-delivered |

| 76 South Parkway<br>Clifton NJ 07014 |  | ☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |  |
|---|---|---|---|

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

*rev. 8/1/15*
Best Case Bankruptcy