**Low & Low, LLC**
Russell L. Low, Esq.4745
Attorney at Law
505 Main Street, Suite 304
Hackensack, New Jersey 07601
Office (201)343-4040
Fax (201)488-5788
Attorney for Debtor

Order Filed on September 6, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Mercedes Hurtado | : | HONORABLE VINCENT F. PAPALIA |
| | : | CHAPTER 13 |
| Debtor (s) | : | Case No. 18-26385 |
| | : | Hearing Date: September 1, 2022 at 10:00 a.m. |

**CONSENT ORDER RESOLVING DEBTOR'S MOTION TO COMPEL SHELLPOINT MORTGAGE SERVICING TO IMMEDIATELY STOP THE FORECLOSURE AND HONOR THE LOAN MODIFICATION**

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: September 6, 2022**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Mercedes Hurtado
Page 2
Case No. 18-26385-VFP

**IT IS HEREBY ORDERED that**:

1. The debtor's loan modification agreement with the mortgagee, Shellpoint Mortgage Servicing is fully executed, received, and completed.

2. The debtor shall send $18,997.14 to Shellpoint Mortgage Servicing within 7 days of the entry of the order.

3. Shellpoint Mortgage Servicing hereby confirms that the above-mentioned payment will bring the debtor's mortgage payments current through September 2022.

4. The debtor shall resume making the regular monthly mortgage payment in the amount of $3,165.83 to the mortgagee starting in October 2022 and the mortgagee shall accept the payment and apply them appropriately.

5. This Order hereby resolves the Motion to Compel Shellpoint Mortgage Servicing to Immediately Stop the Foreclosure and Honor the Loan Modification (Doc. 102).

6. Upon entry of this Consent Order, the Clerk of the Court is hereby directed to close this Chapter 13 case.

Date: September 2, 2022　　　　　　　　　　　/s/ Russell L. Low
　　　　　　　　　　　　　　　　　　　　　　**Russell L. Low, Esq.**
　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor

Date: September 1, 2022　　　　　　　　　　　/s/ Sherri J. Smith, Esq.
　　　　　　　　　　　　　　　　　　　　　　**Sherri J. Smith, Esq.**
　　　　　　　　　　　　　　　　　　　　　　Attorney for Secured Creditor