**Low & Low, LLC**
Russell L. Low, Esq.4745
Attorney at Law
505 Main Street, Suite 304
Hackensack, New Jersey 07601
Office (201)343-4040
Fax (201)488-5788
Attorney for Debtor

Order Filed on September 6, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Mercedes Hurtado | : | HONORABLE VINCENT F. PAPALIA |
| | : | CHAPTER 13 |
| Debtor (s) | : | Case No. 18-26385 |
| | : | Hearing Date: September 1, 2022 at 10:00 a.m. |

## CONSENT ORDER RESOLVING DEBTOR'S MOTION TO COMPEL SHELLPOINT MORTGAGE SERVICING TO IMMEDIATELY STOP THE FORECLOSURE AND HONOR THE LOAN MODIFICATION

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: September 6, 2022**

Honorable Vincent F. Papalia
United States Bankruptcy Judge

Mercedes Hurtado
Page 2
Case No. 18-26385-VFP

**IT IS HEREBY ORDERED that**:

1.      The debtor's loan modification agreement with the mortgagee, Shellpoint Mortgage Servicing is fully executed, received, and completed.

2.      The debtor shall send $18,997.14 to Shellpoint Mortgage Servicing within 7 days of the entry of the order.

3.      Shellpoint Mortgage Servicing hereby confirms that the above-mentioned payment will bring the debtor's mortgage payments current through September 2022.

4.      The debtor shall resume making the regular monthly mortgage payment in the amount of $3,165.83 to the mortgagee starting in October 2022 and the mortgagee shall accept the payment and apply them appropriately.

5.      This Order hereby resolves the Motion to Compel Shellpoint Mortgage Servicing to Immediately Stop the Foreclosure and Honor the Loan Modification (Doc. 102).

6.      Upon entry of this Consent Order, the Clerk of the Court is hereby directed to close this Chapter 13 case.

Date: September 2, 2022                    /s/ Russell L. Low
                                          **Russell L. Low, Esq.**
                                          Attorney for Debtor

Date: September 1, 2022                    /s/ Sherri J. Smith, Esq.
                                          **Sherri J. Smith, Esq.**
                                          Attorney for Secured Creditor

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 18-26385-VFP

Mercedes Hurtado                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 06, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2022:**

**Recip ID**            **Recipient Name and Address**
db                      + Mercedes Hurtado, 76 South Parkway, Apt.1, Clifton, NJ 07014-1412

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2022                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Angela Catherine Pattison | |
| | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of CWALT Inc., Alternative Loan Trust 2007-apattison@hillwallack.com, apattison@ecf.courtdrive.com |
| Denise E. Carlon | |
| | on behalf of Creditor LoanCare LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | |
| | on behalf of Creditor Loan Care Servicing Center Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | |
| | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of CWALT Inc., Alternative Loan Trust 2007-eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com |
| Lauren Moyer | |

on behalf of Creditor Loan Care Servicing Center  Inc. lmoyer@friedmanvartolo.com, nj-ecfmail@ecf.courtdrive.com

Marie-Ann Greenberg

magecf@magtrustee.com

Nicholas V. Rogers

on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE (CWALT 2007-17CB) nj.bkecf@fedphe.com

Rebecca Ann Solarz

on behalf of Creditor Ditech Financial  LLC. rsolarz@kmllawgroup.com

Rebecca Ann Solarz

on behalf of Creditor Loan Care Servicing Center  Inc. rsolarz@kmllawgroup.com

Russell L. Low

on behalf of Debtor Mercedes Hurtado ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

Sherri Jennifer Smith

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of CWALT  Inc., Alternative Loan Trust 2007- ssmith@pincuslaw.com, brausch@pincuslaw.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 12